# Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.

■ *Attorneys At Law*

Kenneth R. Rothschild °†
Gary S. Spagnola °
Philip A. Lundell, Jr. °
E. Richard Boylan
Philip A. Garubo, Jr.
Catherine M. Shields*
Jeffrey S. Bell
Christopher H. Westrick †
Audrey L. Shields*
Eric S. Schlesinger †

David D. Blake
Nasim Oloomi †
Rey O. Villanueva †
Ayesha T. Rashid †
Daniel B. McMeen *
Sean M. Strichek
Kurt J. Trinter
Christopher R. Geary †
Beth R. Wallach

OF COUNSEL
Robert N. Golden
Ronald S. Levitt †
Robert D. Rosenwasser
Michael S. Feldman °
F. Lawrence Magro, Jr. °
Mark D. Kleczka (NY BAR ONLY)

○ CERTIFIED CIVIL
  TRIAL ATTORNEY
† ALSO MEMBER NY BAR
* ALSO MEMBER PA BAR

Mailing Address:
1011 Route 22 West
Suite 300
P.O. Box 6881
Bridgewater, NJ 08807

New York Office:
7 Bayview Ave.
Northport, NY 11768

South Jersey Office:
Haddonfield, NJ 08033

Tel (908)722-6300
Fax (908)722-0029
www.grsl.com

Tel: (631)261-7777

Tel: (856)216-1011

GSpagnola@grsl.com

September 15, 2009

Our File No. 20.72575

Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
Frank A. Lautenberg US Post Office & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Re:  Scott, Chauncey et al v. Dunellen Borough, et al
     Civil Action No. 08-4722 (SRC-MAS)

Dear Judge Chesler:

I represent the Defendants, Borough of Dunellen, Police Department of Dunellen, William S. Robins, Council of Dunellen and Richard DeLuca, in the above-captioned matter.

I am pleased to advise you that this lawsuit has been amicably resolved and that counsel are in the process of completing a Settlement Agreement and Release, Voluntary Dismissals as to individually named Defendants with Prejudice and a Stipulation and Order with Prejudice.

Pursuant to the Scheduling Order entered on July 9, 2009 by Magistrate Judge Shipp, counsel are to provide the Court with a status report by October 5, 2009 prior to the telephone status conference scheduled for October 8, 2009. Counsel respectfully request that Your Honor stay the Scheduling Order of July 9, 2009 pending the completion of the above-referenced documents and submission of the Voluntary Dismissals and Stipulation and Order to Your Honor for entry upon the Court's docket.

Thank you for your kind attention to this matter.

Respectfully submitted,

GARY S. SPAGNOLA

GSS:ko
cc:  Honorable Michael A. Shipp, U.S.M.J.
     Gerald Gordon, Esq.
     Jennifer A. Passannante, Esq.
     Chief Gerard Cappella